IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONALD BUNTING ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO.: JFM 02 CV4015 |
| ) | |
| MAYOR AND CITY COUNCIL, ) | |
| TOWN OF OCEAN CITY and ) | |
| BRAZIE M. BRIDDELL, JR. ) | |
| ) | |
| Defendants ) | |

### NOTICE OF DISMISSAL

Donald Bunting, plaintiff, by his attorneys, hereby dismisses this action, and as grounds therefor states:

1. The individual defendant in this case has been located. Since he has the same state domicile as the plaintiff, there is no diversity and he has not been served with the Complaint.

2. There have not been any previous dismissals in this matter and therefore this dismissal is without prejudice.

WHEREFORE, the plaintiff requests the case be dismissed.

Ronald H. Jarashow   #00458
Franch, Jarashow, Burgmeier & Smith, P.A.
P. O. Box 827
111 Cathedral Street
Annapolis, MD 21404-0827
(410) 268-5600

Attorneys for Plaintiff, Donald Bunting